**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7827**

---

WILLIAM ANTHONY BOOTH,

Plaintiff - Appellant,

versus

JEFF JORDAN, of the Montgomery County Sher-
iff's Department,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Rockingham. William L. Osteen, Sr.,
District Judge. (CA-95-183-3)

---

Submitted: February 27, 1997          Decided: March 18, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Anthony Booth, Appellant Pro Se. Jack Michael Strauch,
WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina,
for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Booth v. Jordan</u>, No. CA-95-183-3 (M.D.N.C. Nov. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2